UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA, :
                 Plaintiff, :

v. : Case No. 6:11-CR-102-ORL-28KRS

GARY V. LEONE, :
                 Defendant, :

and :

EQUITY TRUST COMPANY, :
                 Garnishee. :

## FINAL ORDER IN GARNISHMENT

**THIS CAUSE** comes for consideration upon the United States of America's Motion for Entry of Final Order in Garnishment pursuant to 28 U.S.C. § 3205(c)(7) against defendant Gary V. Leone's IRA account held by Equity Trust Company. The Court, having considered the instant Motion for Entry of Final Order in Garnishment, finds that the entry of a final order in garnishment is in all respects proper.

Accordingly, it is **ORDERED, ADJUDGED, AND DECREED** that the United States of America's Motion for Entry of Final Order in Garnishment is granted.

It is further **ORDERED, ADJUDGED, AND DECREED** that Garnishee Equity Trust Company shall forthwith liquidate the defendant's nonexempt interest in his IRA account, the full, current balance, not to exceed $661,365.89. The payment made to

the United States pursuant to this Order shall bear the notation "Gary V. Leone, 6:11-CR-102-ORL-28KRS," be made payable to "Clerk, United States District Court," and be sent to:

> Clerk, United States District Court
> ATTN: DCU
> 401 West Central Boulevard, Suite 1200
> Orlando, Florida 32801

It is further **ORDERED, ADJUDGED, AND DECREED** that upon payment to the United States of the proceeds of the defendant's nonexempt interest in his IRA account, the Writ of Garnishment directed to Equity Trust Company, shall terminate pursuant to 28 U.S.C. § 3205(c)(10).

**DONE and ORDERED** at Orlando, Florida, this __12__ day of November, 2014.

JOHN ANTOON, II
United States District Judge