UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 6:11-CR-102-ORL-28KRS |
| GARY V. LEONE, | |
| Defendant, | |
| and | |
| JPMORGAN CHASE BANK, N.A. | |
| Garnishee. | |

**FINAL ORDER IN GARNISHMENT**

THIS CAUSE comes for consideration upon the United States of America's Motion for Entry of Final Order in Garnishment pursuant to 28 U.S.C. § 3205(c)(7) against defendant Gary V. Leone's bank account ending in 3895 held by JPMorgan Chase Bank, N.A. The Court, having considered the instant Motion for Entry of Final Order in Garnishment, finds that the entry of a final order in garnishment is in all respects proper.

Accordingly, it is ORDERED, ADJUDGED, AND DECREED that the United States of America's Motion for Entry of Final Order in Garnishment is granted.

It is further ORDERED, ADJUDGED, AND DECREED that Garnishee JPMorgan Chase Bank, N.A., shall forthwith liquidate the defendant's nonexempt interest in his bank account ending in 3895, current balance of $50,087.59, not to exceed $661,365.89. The payment made to the United States pursuant to this Order shall bear the notation "Gary V. Leone, 6:11-CR-102-ORL-28KRS," be made payable to "Clerk, United States District Court," and be sent to:

> Clerk, United States District Court
> ATTN: DCU
> 401 West Central Boulevard, Suite 1200
> Orlando, Florida 32801

It is further ORDERED, ADJUDGED, AND DECREED that upon payment to the United States of the proceeds of the defendant's bank account ending in 3895, the Writ of Garnishment directed to JPMorgan Chase Bank, N.A., shall terminate pursuant to 28 U.S.C. § 3205(c)(10).

DONE and ORDERED at Orlando, Florida, on this __12__ day of November, 2014.

JOHN ANTOON, II
United States District Judge